UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD COHAN

    Plaintiff,

vs.

AT HOME STORES, LLC, a Delaware limited liability company,

    Defendant.

Case No. 2:18-cv-12079-MAG-SDD

Hon. Mark A. Goldsmith

| | |
|---|---|
| George T. Blackmore (P76942)<br>Blackmore Law PLC<br>21411 Civic Center Drive<br>Suite 200<br>Southfield, MI 48076<br>(248) 845-8594<br>george@blackmorelawplc.com<br>Attorneys for Plaintiff | Kimberly A. Yourchock (P72336)<br>Honigman Miller Schwartz and Cohn LLP<br>2290 First National Building<br>660 Woodward Avenue<br>Detroit, MI 48226-3506<br>(313) 465-7562<br>kyourchock@honigman.com<br>Attorneys for Defendant |

**STIPULATED ORDER TO SET ASIDE DEFAULT
AND FOR DISMISSAL WITH PREJUDICE**

    The parties having stipulated to the relief granted herein, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the default in this case entered on October 1, 2018 (ECF No. 6) shall be and is set aside;

    IT IS HEREBY ORDERED that this case shall be and is dismissed, with prejudice and without costs, interest or attorneys' fees being awarded to any party.

IT IS HEREBY FURTHER ORDERED that the Court retains jurisdiction to enforce the obligations of the parties' under their settlement agreement.

IT IS SO ORDERED.

Dated:  December 13, 2018       s/Mark A. Goldsmith
    Detroit, Michigan      MARK A. GOLDSMITH
                                        United States District Judge

We stipulate to the form and substance of the above order as of the date of our signatures below.

| /s/ George T. Blackmore (w/consent) | /s/ Kimberly A Yourchock |
|---|---|
| George T. Blackmore (P76942) | Kimberly A. Yourchock (P72336) |
| Blackmore Law PLC | Honigman Miller Schwartz and Cohn LLP |
| 21411 Civic Center Drive | 2290 First National Building |
| Suite 200 | 660 Woodward Avenue |
| Southfield, MI 48076 | Detroit, MI 48226-3506 |
| (248) 845-8594 | (313) 465-7562 |
| george@blackmorelawplc.com | kyourchock@honigman.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |
| | |
| Dated: December 13, 2018 | Dated: December 13, 2018 |

29530565.1